**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KEITH LAMARR JONES,**

    Petitioner,

v.

**BRIAN COOK, WARDEN,
SOUTHEASTERN CORRECTIONAL
COMPLEX,**

    Respondent.

Case No. 2:18-cv-710
JUDGE JAMES L. GRAHAM
Chief Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On September 7, 2018, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be transferred to the United States Court of Appeals for the Sixth Circuit as successive. (ECF No. 5.) Although the parties were advised of the right to file objections to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 5) is **ADOPTED** and **AFFIRMED**. This action is hereby **TRANSFERRED** to the Sixth Circuit as successive.

    **IT IS SO ORDERED**.

Date: October 10, 2018                     _____s/James L. Graham_____
                                                     JAMES L. GRAHAM
                                                     United States District Judge